STUART F. DELERY
Assistant Attorney General
COLIN A. KISOR
Acting Director
District Court Section
Office of Immigration Litigation
JEFFREY S. ROBINS
Assistant Director
District Court Section
Office of Immigration Litigation
AARON S. GOLDSMITH
Senior Litigation Counsel
District Court Section
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 532-4107
Email: Aaron.Goldsmith@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | | |
|---|---|---|
| ABDELAZIZ ESSABER, | ) | No. 4:13-cv-~~014130-DMR~~ 4130 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATED DISMISSAL |
| | ) | WITHOUT PREJUDICE |
| ERIC HOLDER, Attorney General | ) | |
| of the United States, *et al*., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

STIPULATED DISMISSAL WITHOUT PREJUDICE
4:13-cv-014130-DMR

Plaintiff Abdelaziz Essaber and Federal Defendants hereby stipulate and request as follows:

1. That this matter be voluntarily dismissed with leave to Mr. Essaber to reinstate this matter if U.S. Citizenship and Immigration Services fails to adjudicate his pending immigration petition within sixty (60) days.

2. That each party is to bear their own fees and costs.

February 5, 2014                                  Respectfully Submitted,

s/ Frank Patrick Sprouls                          STUART F. DELERY
FRANK PATRICK SPROULS                             Assistant Attorney General
Law office of Ricci & Sprouls
445 Washington Street                             COLIN A. KISOR
San Francisco, CA 94111                           Acting Director, District Court Section
Telephone:  (415) 391-4678                        Office of Immigration Litigation
Email: franksprouls@yahoo.com
                                                  JEFFREY S. ROBINS
Attorney for Plaintiff                            Assistant Director
                                                  District Court Section
                                                  Office of Immigration Litigation

                                                  s/ Aaron S. Goldsmith
                                                  AARON S. GOLDSMITH
                                                  Senior Litigation Counsel
                                                  District Court Section
                                                  U.S. Department of Justice
                                                  P.O. Box 868, Ben Franklin Station
                                                  Washington, D.C. 20044
                                                  Telephone: (202) 532-4107
                                                  Aaron.Goldsmith@usdoj.gov

                                                  Attorneys for Defendants

1   PURSUANT TO STIPULATION, IT IS SO ORDERED.

3   Dated: _____2/4/14_____     _____[signature: Susan Illston]_____
4                                   ~~Honorable Donna M.~~ Ryu
                                    United States ~~Magistrate~~ Judge
5                                   Northern District of California

STIPULATED DISMISSAL WITHOUT PREJUDICE
4:13-cv-014130-DMR